UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————————

Nos. 24-2210, 24-2211 & 25-1044

———————————

IN RE:  WHITTAKER CLARK & DANIELS INC.,
Debtor

WHITTAKER CLARK & DANIELS INC; BRILLIANT NATIONAL SERVICES INC;
L.A. TERMINALS INC.; SOCO WEST INC.

v.

BRENNTAG AG; BRENNTAG CANADA INC.; BRENNTAG GREAT LAKES LLC;
BRENNTAG MID-SOUTH INC.; BRENNTAG NORTH AMERICA INC.;
BRENNTAG NORTHEAST INC.; BRENNTAG PACIFIC INC.; BRENNTAG
SOUTHEAST INC.; BRENNTAG SOUTHWEST INC.; BRENNTAG SPECIALTIES
LLC (f/k/a Brenntag Specialties, Inc., and as Mineral and Pigment Solutions, Inc.);
COASTAL CHEMICAL CO. LLC; MINERAL PIGMENT SOLUTIONS INC.; THOSE
PARTIES LISTED ON APPENDIX A TO THE COMPLAINT; JOHN AND JANE
DOES 1-1000;

Official Committee of Talc Claimants,
Appellant

(Amended Pursuant to Court Order of 4/7/25)

———————————

(District Court Nos. 312-3:23-bk-13575; 0312-3:23-cv-04151; 312-3-3:23-cv-04156 )

———————————

Present:  SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS,
FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, <u>Circuit Judges</u>
and [1]AMBRO, <u>Senior Judge</u>

———————————

[1] Judge Ambro's vote is limited to panel rehearing.

## **ORDER**

The petition for panel rehearing filed by appellant**, Official Committee of Talc Claimants,** in the above-entitled cases having been submitted to the judges who participated in the decision of this Court, panel rehearing is **granted.** The Clerk is directed to file the amended opinions contemporaneously with this order. The amended majority opinion was revised throughout in response to the arguments set out in Committee's petition. The amended concurring opinions were revised to reflect formatting and internal cross-reference changes throughout. As the revisions to the amended majority opinion do not affect the disposition of the appeal, the judgments will remain as filed.

The petition for rehearing en banc filed by appellant, **Official Committee of Talc Claimants**, in the above-entitled cases having been submitted to all available circuit judges of the circuit in regular active service, and no judge of the circuit in regular active service, asked for rehearing en banc, rehearing en banc is **denied.**

BY THE COURT,

s/Thomas L. Ambro
Circuit Judge

Dated: April 27, 2026
cc: All Counsel of Record

2